636

No. 13, original. PENNSYLVANIA *v.* NEW JERSEY ET AL. April 1, 1940. The answers are received and ordered filed. The cause is set for hearing on the Bill of Complaint and Answers and assigned for argument on Monday, April 22, next.

No. 674. UNITED STATES *v.* APPALACHIAN ELECTRIC POWER Co. April 1, 1940. Motion of the Commonwealth of Virginia for leave to intervene denied, with permission to file a brief and participate in oral argument as *amicus curiae.* MR. CHIEF JUSTICE HUGHES took no part in the consideration or decision of this application.